MANATT, PHELPS & PHILLIPS, LLP
BRAD W. SEILING (Bar No. CA 143515)
E-mail: bseiling@manatt.com
JUSTIN JOHNSON (Bar No. CA 252175)
E-mail: JJohnson@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
WebAMG Holdings Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL COOPER, an individual, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WEBAMG SERVICES, INC. d/b/a NATIONAL TELEPHONE ADVISORY and DOES 1 to 100,<br><br>Defendant. | No. C09-05689 JSW<br><br>Hon. Jeffrey S. White<br><br>**STIPULATED REQUEST TO VACATE SUMMARY JUDGMENT BRIEFING SCHEDULE AND STAY PROCEEDINGS; [PROPOSED] ORDER**<br><br>Date Action Filed: October 19, 2009<br>Trial Date: None Set |

WHEREAS on March 19, 2010 the Court set the following briefing schedule for Defendant WebAMG Holdings Limited 's ("Defendant") motion for summary judgment/adjudication:

    Opening papers due: July 19, 2010

    Opposition due: August 19, 2010

    Reply due: August 26, 2010

    Hearing date: September 17, 2010 at 9:00 a.m.

WHEREAS since March 19, 2010, Defendant and Plaintiff Paul Cooper ("Plaintiff")(collectively the "Parties") have been exploring possible resolution of this matter;

WHEREAS Defendant has entered into a preliminary agreement that will resolve this

1  matter;

2  WHEREAS the Parties want to avoid unnecessary litigation expenses while the settlement
3  is finalized;

4  WHEREAS, the Parties, through their counsel of record, request that the Court vacate the
5  briefing and hearing schedule for the motion for summary judgment/adjudication, and stay all
6  proceedings in this matter to permit the finalization of a settlement;

7  WHEREAS, the Parties believe that if such relief is not granted, the Parties and the Court
8  will be required to unnecessarily expend additional time and resources;

9  NOW THEREFORE it is agreed that:

10  1.  The briefing and hearing schedule for Defendant's motion for summary
11  judgment/adjudication shall be advanced and vacated; and

12  2.  All proceedings in this matter shall be stayed for 45 days to permit Defendant the
13  opportunity to enter into a final agreement.

14  ///
15  ///
16  ///

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

STIPULATED REQUEST TO VACATE
BRIEFING SCHEDULE AND STAY
PROCEEDINGS; [PROPOSED] ORDER

**SO STIPULATED**

Dated: July 16, 2010          MANATT, PHELPS & PHILLIPS, LLP
                              Brad W. Seiling
                              Justin Johnson


                              By:         /s/ Brad W. Seiling
                                      Brad W. Seiling
                                      *Attorneys for Defendant*
                                      WEBAMG HOLDINGS LIMITED

Dated: July 16, 2010          KHORRAMI POLLARD & ABIR, LLP
                              Shawn Khorrami
                              Robert J. Drexler, Jr.
                              Roxanna Tabatabaeepour


                              By:         /s/ Robert J. Drexler, Jr.
                                      Robert J. Drexler, Jr.
                                      *Attorneys for Plaintiff*
                                      PAUL COOPER
                                      *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Brad W. Seiling hereby attests that concurrence in the filing of this document has been obtained.*

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation and good cause appearing therefor, it is hereby ordered as follows:

1. The Motion for Summary Judgment/Adjudication briefing and hearing schedule as set forth in the Court's March 19, 2010 Minute Order shall be advanced and vacated; and

2. All ~~proceedings~~ briefing in this matter shall be stayed for 45 days.

Hearing on motion for summary judgment CONTINUED to October 29, 2010 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated __July 19__, 2010

_____
The Honorable Jeffrey S. White
United States District Court Judge

300125598.1

STIPULATED REQUEST TO VACATE
BRIEFING SCHEDULE AND STAY
PROCEEDINGS; [PROPOSED] ORDER

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES